FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUL 1 3 2011

D. MARK JONES, CLERK
BY_____
        DEPUTY CLERK

NATHAN A. CRANE (Bar No. 10165)
**STIRBA & ASSOCIATES**
215 South State Street, Suite 750
P.O. Box 810
Salt Lake City, Utah 84110-0810
Telephone: (801) 364-8300
Facsimile: (801) 364-8355
E-mail: ncrane@stirba.com

*Attorney for Defendant*

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTERAL DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY DAVID JOHNSON,<br><br>Defendant. | **AFFIDAVIT OF SHARLA JOHNSON**<br><br>Case No. 2:11-cr-00501<br><br>Judge Ted Stewart<br>Magistrate Judge David Nuffer |

STATE OF UTAH      )
                   :ss.
COUNTY OF SALT LAKE )

Sharla Johnson, being first duly sworn, deposes and states as follows:

1. I am over the age of eighteen and have personal knowledge of the facts contained herein.

2. I am the wife of Jeremy Johnson. On July 11, 2011 we will have been married for 13 years. We have lived all 13 years within the St. George community. We do not have any

1

plans to leave St. George.

3. Jeremy and I have two daughters ages 8 and 3.

4. I have lived in St. George for 33 years. Over 50 of my close family members live within the State of Utah. The vast majority of my family members including my parents, the majority of my 6 siblings, nieces and nephews, aunts, uncles, and cousins live within Washington County.

5. Jeremy was born in Murray, Utah. Jeremy has lived his entire life, except for two years, within the State of Utah.

6. Over 50 of Jeremy's close family members live within the State of Utah. Many of Jeremy's family members including his parents, siblings, nieces and nephews, aunts, uncles, and cousins live within Washington County.

7. Jeremy and I are very close to our immediate and extended families. We associate with family members on a weekly basis.

8. During the last couple of months Jeremy has been traveling back and forth to Costa Rica in an attempt to start a helicopter tour company. My children and I have accompanied him on several occasions to Costa Rica.

9. At the end of March 2011 my children and I traveled to Costa Rica where we stayed for an extended vacation of approximately 8 weeks. I did take my oldest daughter out of school to make the trip. We returned to St. George because the children had become homesick and were wanting to return to St. George to see their grandparents and hang out with their their cousins and friends. Upon our return to St. George my oldest daughter

was returned to school and attended the final 3 days of the semester.

10. When Jeremy traveled to Costa Rica he normally did so by purchasing a one-way ticket. Jeremy never knew how long he would need to be in Costa Rica to complete his business activities. Jeremy found it easier to purchase one-way tickets instead of being tied to a flight schedule and having to deal with changing flights and paying the extra fees and costs associated with changing ones flight.

11. Neither I nor Jeremy own any property in Costa Rica.

12. Neither I nor Jeremy own any property in the Philippines. We do own a small uninhabitable piece of land in Belize. The land in Belize is subject to the receivership. Aside from the small land in Belize we do not own any property in any foreign country.

13. All of our assets, including bank accounts and property are in receivership. All moneys, accounts, and possessions belonging to me and Jeremy have been properly disclosed to the receiver in the FTC case.

14. I have a checking account with approximately $500.

15. From 2005 to 2010 Jeremy flew his helicopter in over 100 missions with law enforcement in Washington County. These flights included missions for the sheriff, FBI, and DEA. Jeremy's time in his helicopter was spent conducting search and rescue, pursuing fleeing suspects from bank robberies and other crimes, following vehicles in high speed chases, taking city officials to observe the dam during flood scares, and providing air support when the Sherriff or DEA would serve warrants.

16. Jeremy never received any compensation for his time, fuel, or other costs associated with

assisting law enforcement.

17. Jeremy has always been generous with helping others.

18. It was very usual for Jeremy to give friends, family, neighbors, strangers, children and anyone else that asked a ride in his helicopter. He would often reward elementary school children with rides in his helicopter for achieving academic goals.

19. St. George, Utah is our home and we plan to stay there for a very long time.

20. Jeremy is very dedicated to his family. He is not a flight risk.

I declare under criminal penalty of the State of Utah that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this \_\_11\_\_ day of July, 2011.

_____
Sharla Johnson

SUBSCRIBED AND SWORN TO before me this \_\_11\_\_ day of July, 2011.

_____
NOTARY PUBLIC

NOTARY PUBLIC
GAYANA GRIGORYAN
3165 E. Millrock Dr., Ste. 500
Salt Lake City, Utah 84121
My Commission Expires
July 16, 2011
STATE OF UTAH