IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**           **Plaintiff,** <br> v. <br> **JEREMY JOHNSON,**           **Defendant.** | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 2:11-cr-501-DN-PMW <br><br> District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul M. Warner on January 12, 2016 recommends that Mr. Johnson's Motion to Dismiss[2] be DENIED.

Mr. Johnson was notified of his right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Fed. R. Crim. P. 59. As of the date of this Order, no objection has been filed to the Report and Recommendation. Therefore, any right of review has been waived.[3]

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED and the Motion to Dismiss[5] is DENIED.

Signed January 27, 2016.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Report and Recommendation, docket no. 978, filed January 12, 2016.

[2] Motion to Dismiss, docket no. 753, filed November 16, 2015.

[3] Fed. R. Crim. P. 59(b)(2).

[4] Docket no. 978.

[5] Docket no. 753.