JOHN W. HUBER, United States Attorney (#7226)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
KARIN FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
111 South Main Street, Suite 1800 • Salt Lake City, Utah 84111
Telephone:  (801) 524-5682 • Facsimile:  (801) 524-3399
email: michael.kennedy@usdoj.gov

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY DAVID JOHNSON,<br><br>Defendant. | Case No.  2:11-CR-501-DN-PMW<br><br>NOTICE OF REQUEST FOR PRODUCTION OF FEDERAL PRISONER JEREMY DAVID JOHNSON<br><br><br>Chief Judge David Nuffer<br>Chief Magistrate Judge Paul Warner |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby respectfully provides notice that the United States Attorney has submitted to the United States Marshal a Request for the Production of Federal Prisoner in the Custody of the United States, relating to Defendant Jeremy David Johnson, an inmate at Safford FCI.  The request has been made in furtherance of the Mandate of the United States Court of Appeals for the Tenth Circuit, remanding Mr. Johnson's case to this Court for resentencing.   Inasmuch

as the appellate court's mandate has issued, and no date has been set, the United States Attorney has requested that Mr. Johnson be produced forthwith.

The United States further respectfully requests that upon Mr. Johnson's arrival in the District of Utah, the Court set a status conference to set scheduling for resentencing of Mr. Johnson.

DATED:     August 7, 2018.

JOHN W. HUBER
United States Attorney

/s/ *Michael Kennedy*

MICHAEL KENNEDY
Assistant United States Attorney

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's

Office, and that a copy of the foregoing NOTICE OF REQUEST FOR

PRODUCTION OF FEDERAL PRISONER was caused to be served on all

persons named below, either by electronic filing notice, U.S. Mail (postage

prepaid), or hand delivery, on August 7, 2018.


Karra Porter
Mary Corporon
Christensen and Jensen
257 East 200 South, Ste. 1100
Salt Lake City, UT  84111
Counsel for Jeremy Johnson



/s/ *Michael Kennedy*