# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY DAVID JOHNSON,<br><br>    Defendant. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**<br><br>Case No. 2:11-cr-00501-DN-1<br><br>District Judge David Nuffer<br>Magistrate Paul M. Warner |

Based upon the Motion for Leave to Withdraw as Counsel ("Motion")[1] filed by Defendant Jeremy David Johnson's counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that counsel's Motion[2] is GRANTED. Mary C. Corporon, Karra J. Porter, Kristen C. Kiburtz, and the law firm of Christensen & Jensen, P.C. are granted leave to withdraw as counsel for Mr. Johnson. Counsel's withdrawal is deemed effective with the date of this Order.

The Magistrate Judge shall hold a video status conference to determine whether Mr. Johnson seeks the appointment new counsel or to represent himself *pro se* for his resentencing, and to set a briefing schedule and hearing date for Mr. Johnson's resentencing.

SIGNED this 6th day of August, 2018.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 1755, filed Aug. 1, 2018.

[2] *Id*.