Jeremy Johnson
FCI SAFFORD
P.O. Box 9000
Safford, AZ 85548

FILED
U.S. DISTRICT COURT

2018 AUG -8  P 3: 05

DISTRICT OF UTAH

BY: _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-501-DN-PMW |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF REQUEST TO DELAY PRODUCTION OF FEDERAL PRISONER JEREMY DAVID JOHNSON** |
| JEREMY JOHNSON, | |
| Defendant. | Judge David Nuffer<br>Magistrate Judge Paul M. Warner |

COMES NOW Pro Se Defendant Jeremy Johnson, hereby respectfully requests the court delay the United States Attorney's request on August 7th 2018 to have Defendant Jeremy David Johnson, a federal inmate at Safford FCI, produced forthwith. Mr. Johnson is currently enrolled in 18 credits of college classes at Safford FCI through the College of Eastern Arizona. Mr. Johnson was on a wait list for nearly a year to be enrolled and the courses will be completed on or about September 28, 2018.

Mr. Johnson is working to get new council in place to represent him in the status conference for scheduling the resentencing.

Respectfully Submitted this 8th day of August, 2018.

JEREMY JOHNSON
Pro Se Defendant