12A

# UNITED STATES PROBATION OFFICE
## FOR THE DISTRICT OF UTAH
# Report on Person Under Supervision

Name of Person:   **Jeremy David Johnson**                    Docket Number:  **2:11CR00501-001**

Name of Sentencing Judicial Officer:        **Honorable Dee Benson**
**Senior U.S. District Judge**

Name of Assigned Judicial Officer:        **Honorable Robert J. Shelby**
**Chief U.S. District Judge**

Date of Original Sentence:  **December 19, 2018**
Original Offense:  **False Statement to a Bank**
Original Sentence:  **87 Months Bureau of Prisons/36 months supervised release**

Type of Supervision: **Supervised Release**                  Supervision Began: **January 14, 2022**

## NON-COMPLIANCE SUMMARY

| Date of Non-compliance | Nature of Non-compliance |
|---|---|
| October 28, 2022 | Failed to report contact with Law Enforcement within 72 hours |
| October 28, 2022 | Transferred, sell, give away, or otherwise convey any asset with a value of $500 or more without the approval of the U.S. Probation Office. |
| December 21, 2022 | Communicated or interacted with someone engaged in criminal activity |
| January 27, 2023 | Failed to report contact with Law Enforcement within 72 hours |

**Proposed Controlling Interventions:** Deliver oral reprimand, increase oversight surveillance

**Proposed Correcting Interventions:** Review conditions, counsel and advise

Justification:

On January 10, 2023, the United States Probation Office in St. George, Utah, received information concerning the defendant. The information included a state case number where the defendant was listed as the payee on bail for an individual arrested and in custody at the Washington County Jail. Further investigation resulted in the discovery of other contacts with law enforcement that were not reported. On October 28, 2022, the defendant had contact with law enforcement when he attempted to purchase a skid steer and found out it was stolen. The defendant contacted the local authorities. After, he contacted the owner and purchased the skid steer for $40,000. On January 27, 2023, the defendant was pulled over for speeding and received a warning. He did not report having police contact within 72 hours.

On February 9, 2023, the defendant reported as directed. He received a copy of his supervised release conditions. His conditions were read and reviewed with his probation officer. The defendant indicated that he understood all his release conditions.

PROB 12A
D/UT 01/18

Jeremy David Johnson
2:11CR00501-001

Jeremy David Johnson has been advised that continued non-compliance will result in further sanctions and/or the Court being petitioned to revoke their term of supervision.

If the Court desires more information or another course of action, please contact me at 385-522-1718.

I declare under penalty of perjury that the foregoing is true and correct.

by Devin O. Dalton
U.S. Probation Officer
March 7, 2023

**THE COURT:**

☒   Approves the proposed interventions noted above
☐   Denies the proposed interventions noted above
☐   Other

Honorable Robert J. Shelby
Chief United States District Judge

Date: 3/8/2023