TRINA A. HIGGINS, United States Attorney (#7349)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

―――――――――――――――――――――――――――――――――――――――――

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

―――――――――――――――――――――――――――――――――――――――――

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:11-cr-00501 |
| Plaintiff, | : | NOTICE OF WITHDRAWAL |
| vs. | : | |
| | | Judge David Nuffer |
| JEREMY DAVID JOHNSON, et al., | | |
| Defendants. | : | |

―――――――――――――――――――――――――――――――――――――――――

Comes now the United States by and through the undersigned Assistant United States Attorney and hereby gives notice that Tyler L. Murray, Assistant United States Attorney, is to be removed as counsel for the United States in the above captioned matter.

Dated this 17th day of April, 2024.

TRINA A. HIGGINS
United States Attorney


*/s/ Tyler L. Murray*
TYLER L. MURRAY
Assistant United States Attorney